■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL DUNN, Appellant. [643 NYS2d 399] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Curci, J.), rendered July 6, 1994, convicting him of robbery in the first degree, grand larceny in the fourth degree, criminal possession of stolen property in the fifth degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court's comments did not prejudice the defendant; the sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80), and the defendant's remaining contention does not require reversal. Rosenblatt, J. P., Miller, Pizzuto and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL GAETAN, Appellant. [643 NYS2d 400] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered June 16, 1994, convicting him of manslaughter in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly permitted the prosecution to question the defendant about an uncharged crime during cross-examination, since the defendant opened the door to that inquiry (*see, People v Melendez,* 55 NY2d 445; *People v Pierre,* 215 AD2d 599).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Ritter, J. P., Pizzuto, Santucci and Krausman, JJ., concur.